MCGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,   | CASE NO. 5:18.MJ-00004-JLT |
|---|---|
| Plaintiff, | [CDCA case no. 2:20-mj-04012-DUTY] |
| v. | |
| FRED HOVEY III, | MOTION TO DISMISS COMPLAINT [FED. R. CRIM. PROC. 48(a)] |
| Defendant. | |

Comes now the United States, by and through its attorneys of record, MCGREGOR W. SCOTT, United States Attorney, and LAUREL J. MONTOYA, Assistant U.S. Attorney, and request leave of the Court to dismiss the Complaint in this case as to the above-named defendant in the interest of justice. This request is made because the defendant is now in the custody of the United States Marshals Service pending his return to the custody of the Bureau of Prisons.

Dated: September 15, 2020                             MCGREGOR W. SCOTT
                                                                            United States Attorney

                                                                    By:  /s/ LAUREL J. MONTOYA
                                                                            LAUREL J. MONTOYA
                                                                            Assistant United States Attorney

///

///

///

///

MOTION TO DISMISS COMPLAINT; ORDER                                    1

## **ORDER**

1  
2   IT IS SO ORDERED that the Complaint be dismissed as to defendant Hovey III and the arrest
3  warrant is recalled.
4
5  IT IS SO ORDERED.
6   Dated:   **September 16, 2020**                  **/s/ Jennifer L. Thurston**
                                                     UNITED STATES MAGISTRATE JUDGE

MOTION TO DISMISS COMPLAINT; ORDER              2